```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 39070
   DAVID TODD
   SUZANNE M TODD                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6392    SSN XXX-XX-1178

----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/21/05 and confirmed on 02/02/06.

     2.  The case was dismissed after confirmation, 10/19/2007.

     3.  The Debtor paid a total of $   8620.00 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
MID AMERICA BANK         CURRENT MORTG        .00            .00            .00
MID AMERICA BANK         MORTGAGE ARRE    4924.86            .00        4924.86
CAB SERVICES INC         UNSECURED         535.90          22.75         108.83
CAB SERVICES INC         UNSECURED         114.00           5.12          14.06
CAB SERVICES INC         UNSECURED       NOT FILED           .00            .00
CAB SERVICES INC         UNSECURED        3300.00         140.11         670.17
CAB SERVICES INC         UNSECURED        1181.40          50.11         239.93
CAB SERVICES INC         UNSECURED       NOT FILED           .00            .00
HEALTHCARE COLLECTION SE UNSECURED       NOT FILED           .00            .00
HEARTLAND CARDIOLOGIST C UNSECURED       NOT FILED           .00            .00
PELLETTIERI & ASSOC      UNSECURED       NOT FILED           .00            .00
PLAZA ASSOCIATES         UNSECURED       NOT FILED           .00            .00
RECEIVABLE RECOVERY SYST UNSECURED       NOT FILED           .00            .00
GARY CORLEW              ORIGINAL ATTO    2100.00            .00        2100.00
         Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  4924.86     2100.00      5131.30       .00       12156.16
PRINCIPAL PAID      4924.86     2100.00      1032.99       .00        8057.85
INTEREST PAID           .00         .00       218.09       .00         218.09
TOTAL PAID          4924.86     2100.00      1251.08       .00        8275.94
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $    344.06 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/10/08          /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE