```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 39070
   DAVID TODD
   SUZANNE M TODD                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-6392    SSN XXX-XX-1178
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/21/05 and confirmed on 02/02/06.

2. The case was dismissed after confirmation, 10/19/2007.

3. The Debtor paid a total of $ 8620.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 4924.86 | .00 | 4924.86 |
| CAB SERVICES INC | UNSECURED | 535.90 | 22.75 | 108.83 |
| CAB SERVICES INC | UNSECURED | 114.00 | 5.12 | 14.06 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 3300.00 | 140.11 | 670.17 |
| CAB SERVICES INC | UNSECURED | 1181.40 | 50.11 | 239.93 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOLOGIST C | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| GARY CORLEW | ORIGINAL ATTO | 2100.00 | .00 | 2100.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4924.86 | 2100.00 | 5131.30 | .00 | 12156.16 |
| PRINCIPAL PAID | 4924.86 | 2100.00 | 1032.99 | .00 | 8057.85 |
| INTEREST PAID | .00 | .00 | 218.09 | .00 | 218.09 |
| TOTAL PAID | 4924.86 | 2100.00 | 1251.08 | .00 | 8275.94 |

The Debtor's attorney, PRO SE DEBTOR             , was allowed $      .00 and was paid $      .00 .

The Trustee received $     344.06 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 02/14/08                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE